**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-1966-AHA |
| | ) | |
| U.S. DEPARTMENT OF THE TREASURY, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT
SOCIAL SECURITY ADMINISTRATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff American Oversight and Defendants U.S. Department of the Treasury and Social Security Administration hereby agree to dismissal without prejudice of Defendant Social Security Administration from the above-captioned action.

This Stipulation of Dismissal relates solely to the Social Security Administration and not to any other defendant. Defendant U.S. Department of the Treasury remains as Defendant in this action.

Dated: April 30, 2026              Respectfully submitted,

*/s/ Jessica Jensen*
Jessica Jensen
D.C. Bar No. 1048305
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255

1

Washington, DC 20005
(202) 869-5246
jessica.jensen@americanoversight.org

*Counsel for Plaintiff*


JEANINE FERRIS PIRRO
United States Attorney

*/s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2485

*Attorneys for the United States of America*