UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

Plaintiff,

v.

U.S. DEPARTMENT OF THE TREASURY,

Defendant.

Civil Action No. 25-1966 (AHA)

**JOINT STATUS REPORT**

Pursuant to the Court's June 22, 2026, Minute Order, the parties respectfully submit this joint status report.

Plaintiff American Oversight ("Plaintiff") instituted this lawsuit under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, regarding FOIA requests it submitted to the Department of the Treasury ("Treasury"), which sought information about individuals who have been granted data access to Defendant's systems and data.

Plaintiff's February 25, 2025, FOIA request to Treasury seeks the following records from January 20, 2025, through the date the search is conducted:

> 1. Records sufficient to identify the name, title, office, category of employment, and level of access of all individuals who have been granted access for the first time to personally identifiable or sensitive information or data since January 20, 2025.
> 2. Records sufficient to identify, for all individuals identified above in part one of this request:
>
> a. The training provided to such individuals regarding the requirements for handling personally identifiable or sensitive information or data.
>
> b. The specific information or data to which such individuals have been granted access.
>
> For part 2b of this request, American Oversight does <u>not</u> request - and this request specifically <u>excludes</u> - the complete sets of information or data responsive to this request. Rather, this request seeks records <u>sufficient to identify</u> this information or data, such as the name of the information or datasets.
>
> c. The specific legal purpose for granting such individuals access to that

personally identifiable or sensitive information or data.

3. Records sufficient to identify all steps that your agency has taken to protect personally identifiable or sensitive information or data in your agency's control, including records sufficient to identify how those steps have been communicated to each individual identified above in part one of this request.

4. Records sufficient to identify all memoranda of understanding (MOUs) between your agency and the Department of Government Efficiency (DOGE), U.S. DOGE Service (USDS, formerly U.S. Digital Service), and/or the U.S. DOGE Temporary Service Organization.

American Oversight requests as responsive to part four of this request a complete, final copy of each responsive MOU.

*See* ECF No. 1, Compl. ¶ 26 ("Treasury Data Access Request"). During the meet and confer process, the parties agreed that Treasury will provide Plaintiff with information regarding individuals who were onboarded (since January 20, 2025 through the date the search was conducted) to certain of the Bureau of the Fiscal Services payment systems, and then Treasury could answer subparts 2.a and 2.b for the Treasury Data Access Request. Plaintiff also agreed that it will no longer pursue subpart 2.c or subpart 3.

On February 28, 2025, Plaintiff submitted a FOIA request to Treasury seeking:

1. All records governing the operation, access controls, and separation of duties protocols of the Bureau of Fiscal Service payments systems - including directives, instructions, directions, memoranda, policies, procedures, protocols, informal email guidance, and/or any other informal written guidance - in effect on January 19, 2025.

2. All records governing the operation, access controls, and separation of duties protocols of the Bureau of Fiscal Service payments systems - including directives, instructions, directions, memoranda, policies, procedures, informal email guidance, and/or any other informal written guidance - issued, updated, modified, rescinded, and/or otherwise altered on or after January 20, 2025.

3. Records sufficient to identify the name, title, category of employment, and level of access, of all federal officials with any level of access to the Bureau of Fiscal Service payments systems on January 19, 2025.

For part three of this request, to the extent this information is aggregated and maintained in a database or spreadsheet, American Oversight would accept as responsive a printout from the database containing fields responsive to this request.

4. Records sufficient to identify the name, title, category of employment, and level of access, of all federal officials who gained any level of access to the Bureau of Fiscal Service payments systems from January 20, 2025, through the date the search is conducted.

For part four of this request, to the extent this information is aggregated and maintained

> in a database or spreadsheet, American Oversight would accept as responsive a printout from the database containing fields responsive to this request.

*Id.* ¶ 35 ("Treasury Payments Systems Request"). During the meet and confer process, Plaintiff agreed it will no longer pursue records specifically responsive to subparts 1 and 3. For subpart 2, the parties agreed to limit the request to formal documents in effect as of January 20, 2025, as well as policies that were newly issued, updated, or modified during the same time period of January 20, 2025 through June 24, 2025. With regards to subpart 4, the parties agree that the narrowing proposal for subpart 1 in the February 25, 2025, request will apply to subpart 4 of the February 28, 2025, request.

Plaintiff submitted a second FOIA request on February 28, 2025 to Treasury ("Treasury Communications Request") seeking "[a]ll email communications…text messages…or messages on messaging platforms" from a number of Treasury officials and containing key search terms. Treasury made its first production to Plaintiff in September 2025 and made five additional productions since then. Treasury is still processing these records, which are largely records that need to be sent out for consultation for other agencies.

The parties respectfully propose submitting another JSR on December 9, 2026, with an update on the status of this matter.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Loree Stark*

Loree Stark
D.C. Bar No. 90021926
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(304) 913-6114
loree.stark@americanoversight.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2485

*Attorneys for the United States of America*